5-27-15

9,813-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

Mr. Alan Wade Johnson
Reg. No. 09541-079
U. S. P. Atlanta, A1-Unit
P. O. Box 150160
Atlanta, GA 30315-0160

Clerk
Tx Court of Criminal Appeals
Austin, Tx 78711

Dear Clerk:

Please provide me copy of docket sheet in: Case # WR-9,813-07
Writ of Mandamus
and advise what Judge denied the writ? Thank you,

Sincerely,

Alan Wade Johnson